THE HONORABLE JAMES R. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-0054JLR |
| Plaintiff, | |
| v. | ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| RANJIT SINGH VIRK, | |
| Defendant. | |

THE COURT having reviewed the court file and the pleadings in this matter and being fully apprised of the circumstances

IT IS HEREBY ORDERED THAT Nancy Tenney is permitted to withdraw as counsel for the defendant Ranjit Singh Virk, and JOHN HENRY BROWNE, P.S. of the LAW OFFICES OF JOHN HENRY BROWNE, P.S. is substituted as counsel of record for defendant Ranjit Singh Virk.

DATED this 5th day of March, 2018.

_____
JAMES L. ROBART
United States District Judge

ORDER ALLOWING WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 1

Presented by:

*s/ John Henry Browne*_____
JOHN HENRY BROWNE, WSBA #4677
Substituting Attorney for Steven Wayne Brown

ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 2