The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>RANJIT SINGH VIRK,<br><br>　　　　　　Defendant. | NO. CR18-054JLR<br><br>**PROTECTIVE ORDER** |

　　　This matter comes before the Court on the Stipulated Motion for a Protective Order regarding discovery materials, as permitted by Fed. R. Crim. P. 16(d). Having considered the record and files herein, the Court finds there is good cause to grant the stipulated motion, and hence:

　　　IT IS HEREBY ORDERED that the discovery materials discussed in the Motion for the Protective Order and referred to therein as "Protected Material," marked specially as "Produced Subject to a Protective Order," may be produced to counsel for the defendant in this case.

U.S. v. Virk / CR18-054JLR
Protective Order - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS FURTHER ORDERED that possession of Protected Material is limited to
2  the attorneys of record in this case and their staff, and to any investigators, expert
3  witnesses, and other agents the attorneys of record retain in connection with this case.
4  The attorneys of record, and their investigators, expert witnesses, and other agents may
5  review Protected Material with the defendant. The defendant may inspect and review
6  Protected Material, but shall not be allowed to possess, photograph, or record Protected
7  Material or otherwise retain Protected Material or copies thereof.
8  IT IS FURTHER ORDERED that defense counsel shall not provide Protected
9  Material or copies thereof to any other person outside his/her law office, including the
10 defendant or their family or associates. Protected Material shall not be sent to the Federal
11 Detention Center.
12  IT IS HEREBY FURTHER ORDERED that the defendant, defense counsel, and
13 others to whom disclosure of the content of the Protected Material may be necessary to
14 assist with the preparation of the defense, shall not disclose the Protected Material or its
15 contents, other than as necessary for the preparation of defenses at trial and in subsequent
16 appellate proceedings, if necessary.
17  IT IS FURTHER ORDERED that if defense counsel finds it necessary to file any
18 documents marked as Protected Material, the material shall be filed under seal with the
19 Court.
20  Nothing in this Protective Order prohibits defense counsel from showing the
21 Protected Material, or reviewing its contents, with the defendant or with others to whom
22 disclosure may be necessary to assist with the preparation of the defense at trial and in
23 subsequent appellate proceedings, if necessary.
24  Nothing in this Protective Order prohibits defense counsel from disputing the
25 designation of material as Protected Material and, if agreement cannot be reached
26 between the parties, to seeking a determination by this Court.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

At the conclusion of the case, the Protective Material shall be returned to the United States, or destroyed, or otherwise stored in a manner to ensure that it is not subsequently duplicated or disseminated in violation of this Protective Order.

DATED this 16th day of March, 2018.

　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　　JAMES L. ROBART
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Presented by:

*s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney

*Filing approved per prior authorization*
JOHN HENRY BROWNE
EMMA SCANLAN
Attorneys for Ranjit Singh Virk

U.S. v. Virk / CR18-054JLR
Protective Order - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970