THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. 18-CR-00054 JLR |
|---|---|
| Plaintiff, | [PROPOSED] |
| v. | ORDER GRANTING DEFENDANT'S MOTION TO SEAL |
| RANJIT SINGH VIRK, | |
| Defendant. | |

THE COURT having received and reviewed the Motion to Seal Defendant's Memorandum, and based on all of the other records and files in this matter, and good cause appearing,

IT IS HEREBY ORDERED: Defendant's Motion to Seal is GRANTED. Defendant's Memorandum will be maintained under seal.

DATED this 20th day of August, 2018.

_____
The Honorable James L. Robart
United States District Court Judge

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO SEAL - 1

LAW OFFICES OF JOHN HENRY BROWNE P.S.
801 SECOND AVENUE, SUITE 800
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780

Presented by:

*s/ Emma Scanlan*
EMMA SCANLAN, WSBA #37835
Attorney for Ranjit S. Virk

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

                              Karen S. Johnson, AUSA

                              John Price, AUSA

                              *s/Emma C. Scanlan*
                              Emma C. Scanlan, WSBA #37835

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO SEAL - 2

LAW OFFICES OF JOHN HENRY BROWNE P.S.
801 SECOND AVENUE, SUITE 800
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780